Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE:  Jiles R. Smith,
        Debtor,                                            Chapter 13
        13524 Ridgemore Dr.                  Case No. : 17-30804-KRH
        Midlothian, VA 23114
        Last four of SS # 5164

**Notice of Motion to Vacate Order of Dismissal
and Notice of Hearing**

Jiles R. Smith, has filed papers with the Court, a Motion to Vacate Order of Dismissal upon the Order of Dismissal Upon Denial of Confirmation pursuant to Local Bankruptcy Rule 3015-2.

    Your rights may be affected. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion to Vacate Order of Dismissal, or if you want the Court to consider your views on the motion, not later than (7) days from the date of hearing on the Motion to Vacate Disimssal, you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 4001(a)-1(c) and 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must mail a copy of your response to the following:

| **Clerk of Court** | **Christopher M. Winslow, Esq.** | **U.S. Trustee** | **Carl M. Bates, Trustee** |
|---|---|---|---|
| U. S. Bankruptcy Court | 1324 Sycamore Square | 701 E. Broad St, #4304 | P.O. Box 1819 |
| 701 E. Broad St; # 4000 | Suite 202C | Richmond, VA 23219 | Richmond, VA 23218 |
| Richmond, VA 23219 | Midlothian, VA 23113 | | |

**NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by any party in interest in writing to the Clerk of this Court not less than fourteen (14) days prior to the hearing on the Motion to Vacate Dismissal. If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the Motion without a hearing.** If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions, and may enter an order granting that relief.

Further Notice is given that if a Response and a request for a hearing is filed by a party in interest within the time indicated a hearing will be conducted on the Motion and Response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte and without further notice.

Certificate of Service

I hereby certify that on this November 29, 2017, I mailed the foregoing Motion to Vacate Order of Dismissal, Notice of Motion and the Notice of Hearing was mailed by electronic mail or first class mail, postage pre-paid to: United States Trustee at 701 E. Broad Street, Room 4304, Richmond, VA 23219 , Trustee, and to all the creditors and parties of interest herein.

                                                      /s/ Christopher M. Winslow
                                                      Christopher M. Winslow

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:  Jiles R. Smith ,
       Debtor,　　　　　　　　　　　　　　　　　　Chapter 13
       237 Callaway Lane　　　　　　　　　　　　Case No. : 17-30804-KRH
       Farmville, VA 23901
       Last four of SS # 9595

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on **December 6, 2017 @ 12:00 PM** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens Room 5000 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 E. Broad Street, Richmond on the **Debtors' Motion to Vacate Dismissal**.

                                                              Jiles R. Smith

                BY:　　　　　　/s/ Christopher M. Winslow
                                   Counsel

### CERTIFICATE

I hereby certify that on  11/29/2017, I mailed the foregoing document by first class mail, postage pre-paid  to:, U.S. Trustee, United States Trustee at 701 E. Broad Street, Room 4304,  Richmond, VA 23219,  the debtors(s), the Chapter 13 Trustee and all creditors and parties of interest herein.

                                                   /s/ Christopher M. Winslow
                                                 Christopher M. Winslow

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:  Jiles R. Smith,
        Debtor,        Chapter 13
        13524 Ridgemore Dr.      Case No. : 17-30804-KRH
        Midlothian, VA 23114
        Last four of SS # 5164

### Motion to Vacate Dismissal

COMES NOW, Jiles R. Smith, the Debtor, by Counsel, Christopher M. Winslow, Esq. to move this Court for an order vacating the Order of Dismissal entered by the Court on November 28, 2017.  In support of this Motion, the debtors state the following:

1. The debtor filed a Voluntary Petition under Chapter 13 of the United Stated Bankruptcy Code on February 21, 2017.

2. The meeting of creditors was held on March 30, 2017.

3. The Debtors' plan was set to confirm on October 25, 2017 however an Order Denying Confirmation of Plan was entered instead.

4. The Order of Dismissal Upon Denial of Confirmation was filed on November 28, 2017 as a result of failure to take action under LBR 3015-2.

5. Counsel was mistaken and believed there was a prior confirmed plan that would revert upon denial of confirmation.

6. Counsel has prepared a corrected modified plan that is ready to be submitted to the Court.

7. Wherefore the debtor, Jiles R. Smith, prays that this case be reinstated.

        Respectfully submitted:

        Jiles R. Smith

        By:   /s/ Christopher M. Winslow , Counsel

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

# CREDITORS

**Cheryl R. Smith**
6637 Southshore Drive
Midlothian VA 23112

**Cheryl Russell**
6637 Southshore Dr.
Midlothian, VA 23112

**Comcast Corp.**
Comcast Center
1701 JFK Blvd.
Philadelphia, PA 19103-0000

**Commonwealth of VA**
Office of the Attorney General
DCSE - Bankruptcy Unit
2001 Maywill St. Ste. 200
Richmond, VA 23230

**Commonwealth of VA-Tax**
P.O. Box 2156
Richmond, VA 23218-2156

**Credit Protection Assoc.**
13355 Noel Rd Suite 2100
Dallas, TX 75240-0000

**DCSE**
1610 Forest Ave. Ste. 200
Henrico, VA 23229-0000

**ERC/Enhanced Recovery Corp**
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**First Step Group, LLC**
6300 Shingle Creek Parkway
Ste. 220
Brooklyn Center, MN 55430-0000

**Ford Motor Credit Company, LLC**
c/o Randolph, Boyd, Cherry and Vaughan
13 East Main Street
Richmond, VA 23219

**IC Systems, Inc**
444 Highway 96 East
St Paul, MN 55127-0000

**Internal Revenue Service**
Centralized Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

**Land Rover Capital Group**
c/o Randolph, Boyd & Assoc.
13 East Main St.
Richmond, VA 23219-0000

**Natl Fitness**
1645 E Hwy 193
Layton, UT 84040-0000

**North Shore Agency**
P.O. Box 9221
Old Bethpage, NY 11804-0000

**Onyshia Harris**
10712 Timberun Rd.
Chesterfield, VA 23832-0000

**Onyshia Harris**
c/o Syreeta B. Stewart
4860 Cox Rd. Ste. 218
Glen Allen, VA 23060-0000

**Receivable Management Inc**
7206 Hull Rd
Ste 211
Richmond, VA 23235-0000

**Regional Acceptance Co**
10051 Midlothian Tpke
North Chesterfield, VA 23235-0000

**Regional Acceptance Corporation**
PO Box 1847
Wilson, NC 27894-1847

**Reviver Financial, LLC**

Attorney for Debtor
Christopher Mark Winslow #76156
**Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382


Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson, K.S. 67504