Attorney for Debtor
Christopher M. Winslow, Esquire
**Winslow & McCurry, PLLC**
1324 Sycamore Square, 202
Midlothian, VA  23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Jiles R. Smith.,

   Debtor(s)            Case No. : 17-30804-KRH
                     Chapter 13

## NOTICE OF MOTION TO SHORTEN NOTICE PERIOD
## and EXPEDITE HEARING

  Christopher M. Winslow, Attorney for the Debtor having filed papers with the court to Shorten the Notice Period and Expedite Hearing on the Debtor's Motion to Vacate Dismissal.
  **Your rights may be affected.** You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion then you or your attorney must file with the court, at the address shown below, a written request for a hearing or a written response pursuant to Local Bankruptcy Rule 9013-1 (H).  If you mail your request for hearing or response to the court for filing, you must mail it early enough so the court will receive it at least two days prior to the hearing on the Motion to Vacate Dismissal that will be set by the Court in this matter

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA 23219

Office of the U.S. Trustee
701 E. Broad Street, Room 4304
Richmond, Virginia 23219

You must also mail a copy to:

Christopher M. Winslow, Esquire
1324 Sycamore Square, 202
Midlothian, VA  23113

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218-1780

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY NOT LESS THAN (TWO) 2 DAYS PRIOR TO THE HEARING SCHEDULED FOR DECEMBER 6, 2017 @ 12:00 PM. ON THE MOTION TO VACATE DISMISSAL, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/Christopher M. Winslow
Christopher M. Winslow

Case 17-30804-KRH    Doc 44    Filed 11/29/17    Entered 11/29/17 11:14:33    Desc Main
                            Document      Page 2 of 5
/s/Christopher M. Winslow
Christopher M. Winslow

Attorney for Debtor
Christopher M. Winslow, Esquire
**Winslow & McCurry, PLLC**
1324 Sycamore Square, 202
Midlothian, VA  23113
(804) 423-1382

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:  Jiles R. Smith.,
        Debtor(s)　　　　　　　　　　　　Case No. : 17-30804-KRH
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **December 6, 2017 @ 12:00PM** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens in Room 5000 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 East Broad Street, Richmond, Virginia on the Debtor's Motion to Incur Debt.

　　　　　　　　　　　　　　　　　　　　　Jiles R. Smith.

　　　　　　　　　BY:　/s/ Christopher M. Winslow
　　　　　　　　　　　　　Counsel

### CERTIFICATE

I hereby certify that on  November 29, 2017, I mailed the foregoing document by electronic means or first class mail, postage pre-paid  to:, U.S. Trustee, 701 E. Broad Street, Suite 4300, Richmond, VA 23219, the debtor(s), the Chapter 13 Trustee and all creditors and parties of interest herein.

　　　　　　　　　　　　　　　　　　　/s/ Christopher M. Winslow
　　　　　　　　　　　　　　　　　　　Christopher M. Winslow

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

   Jiles R. Smith                                  Case No. 17-30804-KRH

      Debtor(s)                                   Chapter 13

13524 Ridgemore Dr.
Midlothian, VA 23114

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): 5164

## MOTION TO SHORTEN NOTICE PERIOD
## and EXPEDITE HEARING

      COMES NOW the debtor, Jiles R. Smith, by counsel and moves this Court pursuant to Local Rule 9013-1 (N) to set a hearing on the Debtor's Motion to Vacate Dismissal for a hearing as soon as practical and to Shorten the Notice period in this matter.   In support of this Motion the debtor states as follows:

1. Debtor has filed a Motion to Vacate Dismissal.

2. Debtor's case was dismissed on November 28, 2017 by Order of Dismissal Upon Denial of Confirmation.

3. An emergency exists in that the Debtor has unsecured priority arrears with DCSE which are supposed to be paid through the Chapter 13 plan. It is imperative that the dismissal is vacated and the plan be confirmed as soon as possible to avoid State Court action.

WHEREFORE, Debtor requests that the Court shorten the notice period on the debtor's Motion to Vacate Dismissal and to set an Expedite hearing in this matter as soon as practical and for any and all other relief just and proper.

                                                  Respectfully Submitted:
                                                  Jiles R. Smith.

                                  By:   /s/ Christopher M. Winslow
                                            Attorney for Debtor
                                            Christopher M. Winslow, Esquire
                                            **Winslow & McCurry, PLLC**
                                            1324 Sycamore Square, 202
                                            Midlothian, VA  23113
                                            (804) 423-1382

                                           Certification

I Christopher M. Winslow certify that I am the attorney for the debtor and further that I have:
(1) Carefully examined the matter and concluded that there is a true need for an

emergency hearing,
(2) Not created the emergency through any lack of due diligence, and
(3) Have made a bona fide effort to resolve the matter without hearing.  (There is no way to resolve this issue without an Order from the Court)

/s/ Christopher M. Winslow

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Shorten Notice Period and Motion for an Expedited hearing and the Notice of Motion was mailed by electronic means or by first class mail, this November 29, 2017 to the debtor, the Chapter 13 Trustee and all creditors and other parties of interest herein.

/s/ Christopher M. Winslow